UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BETTY A. STRAUBE,

    Plaintiff,

v.

MARTEN TRANSPORT, LTD.,

    Defendants.                        No. 14-cv-403-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on a jury trial that was completed on April 13, 2016.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict rendered on April 13, 2016, judgment is entered in favor of plaintiff and damages are awarded in the amount of $161,480.73.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                        BY:    /s/*Caitlin Fischer*
                                        **Deputy Clerk**

Dated: April 14, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.14 14:41:14 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**